USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOMAS L. GREGORY,                              :
                                                :
                              Plaintiff,        :
            -against-                           :
                                                :   22-CV-4834(VEC)
                                                :
NAVIGATORS INSURANCE COMPANY,                   :   ORDER
                                                :
                                                :
                              Defendant.        :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a pre-trial conference is currently scheduled for Friday, December 2, 2022 at 10:00 A.M., Dkt. 16; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that the hearing is adjourned *sine die*.


**SO ORDERED.**

Date: **November 22, 2022**
      **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**