UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS L. GREGORY,

                Plaintiff,

   -against-                                     22 **CIVIL** 4834 (VEC)

                                                               **JUDGMENT**

NAVIGATORS INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 9, 2022, Defendant's motion to dismiss is GRANTED.  Plaintiff's case is DISMISSED for failure to state a claim; accordingly, the case is closed.

**Dated:**  New York, New York

          December 28, 2022

                                                                 **RUBY J. KRAJICK**

                                                                   _____
                                                                    **Clerk of Court**

                                     **BY:**     *K. Mango*

                                                                    _____
                                                                    **Deputy Clerk**